IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| INNOVATIVE AUTOMATION LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>EPSON AMERICA, INC.,<br><br>        Defendant. | Case No. 14-cv-01094-JRG-RSP |

### ORDER GRANTING UNOPPOSED MOTION TO ORDER DISCLOSURE OF SETTLEMENT AGREEMENTS REGARDING THE ASSERTED PATENT

The Court, having considered Innovative Automation's Unopposed Motion to Order Disclosure of Settlement Agreements Regarding the Asserted Patent to Epson America, Inc., is of the opinion that said motion should be GRANTED.

**SIGNED this 24th day of March, 2015.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE