# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| INNOVATIVE AUTOMATION LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EPSON AMERICA, INC.,<br><br>　　　　Defendant. | Case No. 2:14-cv-00773-JRG-RSP<br><br>LEAD CASE<br><br><br>Case No. 2:14-cv-01094-JRG-RSP |

## ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal With Prejudice of all claims and counterclaims asserted between plaintiff Innovative Automation LLC and defendant Epson America, Inc. in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit by plaintiff Innovative Automation LLC against defendant Epson America, Inc., are hereby dismissed with prejudice, and all counterclaims are dismissed as moot.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

The Clerk is ORDERED to terminate Epson America, Inc. from the instant case but the lead case shall remain open.

**SIGNED this 11th day of May, 2015.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE